| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CSBN 150630)<br>Chief, Criminal Division |
| 4 | JEFFREY SCHENK (CSBN 234355)<br>STEPHANIE M. HINDS (CSBN 154284) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, 11th floor<br>San Francisco, CA 94102 |
| 7 | Phone: 415-436-6816<br>Facsimile: 415-436-7234 |
| 8 | |
| 9 | Email: jeffrey.schenk@usdoj.gov<br>stephanie.hinds@usdoj.gov |
| 10 | Attorneys for United States of America |

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
DOC- 2012-0284183-00
Thursday, NOV 08, 2012 11:04:37
MOD    $14.00 REC    $24.00 FTC    $13.00
RED    $1.00 ERD    $1.00
Ttl Pd    $53.00    Rcpt # 0001466103
                                rrc/R9/1-14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO JOSHUA KENNEDY,<br><br>Defendant.<br>_____<br>GREGORY MCGREGOR AND ERIN MCGREGOR,<br><br>Owners of Record.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.  CR 12-00783 LHK<br><br>**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |

NOTICE IS HEREBY GIVEN that an action has been commenced in the above-entitled Court pursuant to an Indictment, a copy of which is attached hereto as Exhibit A, filed by the United States of America on October 31, 2012 to secure a judicial forfeiture of real property and improvements located at 936 Natchez Court, Walnut Creek, California (Contra Costa County Assessors Parcel Number 139-311-002), and further described in Exhibit B, which is attached hereto.

In the Indictment, the government alleges that the said real property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

The owners of record to the said real property are Gregory McGregor and Erin McGregor, husband and wife.

Dated: 11/6/12

Respectfully submitted,

MELINDA HAAG
United States Attorney

JEFFREY SCHENK
STEPHANIE M. HINDS
Assistant ~~United~~ States Attorneys

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the following documents

- **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**

to be served via certified mail delivery on the person(s) identified below at their last known place of address:

Gregory McGregor
Erin Mcgregor
936 Natchez Court
Walnut Creek, CA 94598

UMC Mortgage Company
510 Broadhollow Road, Suite 202
Melville, NY 11747

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of November, 2012 at San Francisco, California.

CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit

Case5:12-cr-00783-LHK   Document5   Filed11/29/12   Page4 of 14

**EXHIBIT A**

CR12 00783 LHK    PSG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

---

### THE UNITED STATES OF AMERICA
*vs.*
LEO JOSHUA KENNEDY

---

## INDICTMENT

COUNTS ONE THROUGH TEN:   18 U.S.C. § 1343 – Wire Fraud

---

*A true bill.*

_____
*Foreperson*

---

Filed in open court this ___31st___ day of __October__ A.D. 2012

_____
UNITED STATES MAGISTRATE JUDGE

---

Issue Summons

Bail. $_____

MELINDA HAAG (CABN 132612)
United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LEO JOSHUA KENNEDY, <br> Defendant. | No. CR 12 00783 LHK PSG <br> VIOLATIONS: 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 981(a)(1)(C)/28 U.S.C. § 2461(c) – Forfeiture <br> SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

Background and Parties

At all times relevant to this indictment:

1.  Backhouse Fiduciary Services ("BFS"), a San Jose company owned and operated by Christine Backhouse, was engaged in the business of administering beneficiary trust accounts.

2.  Leo Joshua Kennedy ("Kennedy") worked as an accountant at BFS.

3.  BFS maintained bank accounts with Heritage Bank, with headquarters in San Jose, California.

4.  Kennedy had a financial interest in two start-up companies, Orion's Digital Technology ("Orion's") located in Bellevue, Washington, and Validus Technologies ("Validus"),

INDICTMENT

located in Concord, California.

5. Orion's maintained bank accounts with El Paseo Bank, located in Palm Desert, California, and Commerce Bank, located in Seattle, Washington.

6. Validus maintained bank accounts with Bay Commercial Bank, located in Walnut Creek, California, and Heritage Bank, located in San Jose, California.

7. Electronic wire transfers from Heritage Bank, El Paseo Bank, Commerce Bank, and Bay Commercial Bank all utilized a domestic electronic funds transfer system known as the Fedwire system, which is owned and operated by the United States Federal Reserve System. All Fedwire wires were electronically routed through Fedwire offices in East Rutherford, New Jersey. Therefore, wire transfers from BFS beneficiary trust accounts at Heritage Bank originated in San Jose, California, traveled to East Rutherford, New Jersey, and arrived in various destination bank accounts.

### The Scheme and Artifice to Defraud

8. In approximately 2010, Kennedy falsely represented himself to be a wealthy private capital investor to the owners of two private start-up companies: Orion's and Validus.

9. At the same time, Kennedy was performing accounting work for BFS. In the course of his employment with BFS, Kennedy had access to and signatory authority over BFS's trust accounts maintained by Heritage Bank.

10. Between approximately 2004 and February 2012, Kennedy fraudulently transferred money out of BFS trust accounts. Kennedy used this money from the trust accounts to invest in Orion's and Validus, and also to pay his personal living expenses.

11. Kennedy, knowing that the beneficiaries of the trust accounts that he stole from did not approve these transfers or expenditures, prepared false and misleading account statements that concealed his withdrawals and the declining account balances.

COUNTS ONE THROUGH TEN: (18 U.S.C. § 1343 - Wire Fraud)

12. The factual allegations contained in paragraphs 1 through 11 are realleged and incorporated as if fully set forth here and in each of Counts One through Ten.

13. On or about the dates listed below, within the Northern District of California, and

INDICTMENT 2

elsewhere, the defendant,

## LEO JOSHUA KENNEDY,

for the purpose of executing said scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, did knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce certain writings, signs, signals, and pictures, that is, electronic funds transfers and payments from beneficiary trust accounts to private companies, as further set forth below:

| COUNT | DATE | ITEM WIRED | WIRED FROM | WIRED TO |
|---|---|---|---|---|
| 1 | 6/24/2010 | $1,200,377.12 from Jacobus Scholten Trust | Heritage Bank, San Jose, CA | Commonwealth Land and Title Co., Bellevue, WA |
| 2 | 6/30/2010 | $250,000 from Alvin P. Hall Living Trust | Heritage Bank, San Jose, CA | El Paseo Bank, Palm Desert, CA |
| 3 | 11/03/2010 | $20,000 from Jacobus Scholten Trust | Heritage Bank, San Jose, CA | Commerce Bank of Washington, Seattle, WA |
| 4 | 6/03/2011 | $100,000 from Jacobus Scholten Trust | Heritage Bank, San Jose, CA | Commerce Bank of Washington, Seattle, WA |
| 5 | 6/03/2011 | $100,000 from Jacobus Scholten Trust | Heritage Bank, San Jose, CA | Title Guarantee Escrow, Honolulu, HI |
| 6 | 6/08/2011 | $150,000 from Jacobus Scholten Trust | Heritage Bank, San Jose, CA | Commerce Bank of Washington, Seattle, WA |
| 7 | 6/09/2011 | $150,000 from Herbert F. Richards Trust | Heritage Bank, San Jose, CA | U.S. Bank, Dayton NV |
| 8 | 6/10/2011 | $150,000 from Jacobus Scholten Trust | Heritage Bank, San Jose, CA | U.S. Bank, Dayton, NV |
| 9 | 7/06/2011 | $150,000 from Jacobus Scholten Trust | Heritage Bank, San Jose, CA | Commerce Bank of Washington, Seattle, WA |

INDICTMENT                                        3

| 10 | 11/03/2011 | $100,000 from Chambers Family Trust | Heritage Bank, San Jose, CA | Bay Commercial Bank, Castro Valley, CA |

All in violation of Title 18, United States Code, Section 1343.

<u>FORFEITURE ALLEGATION</u>:  (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture of wire fraud proceeds)

14.  The allegations of paragraphs one through thirteen and Counts One through Ten of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

15.  Upon a conviction of any of the offenses alleged in Counts One through Ten, the defendant,

LEO JOSHUA KENNEDY,

shall forfeit to the United States all property, constituting and derived from proceeds traceable to said offenses, including but not limited to the following property:

(a)  a sum of money equal to the amount of proceeds obtained as a result of the offense;

(b)  the residence located at 36207 SE Saint Andrews Lane, Snoqualmie, WA 98065;

(c)  the residence located at 936 Natchez Court, Walnut Creek, CA 94598;

If any of said property, as a result of any act or omission of the defendant-

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to or deposited with, a third person;

(c)  has been placed beyond the jurisdiction of the Court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be subdivided without difficulty;

any and all interest defendant has in other property shall be vested in the United States and forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as

INDICTMENT                                              4

incorporated by Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED:                                                 A TRUE BILL

FOREPERSON

MELINDA HAAG
United States Attorney

AMBER ROSEN
Deputy Chief, San Jose Branch Office

(Approved as to form: _____)
                      AUSA Schenk

INDICTMENT                                5

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. Section 1343 - Wire Fraud; and 18 U.S.C. Section 981(a)(1)(C)/28 U.S.C. Section 2461(c) - Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: For each count,
20 years Imprisonment
$250,000 fine, or twice the gross gain or gross loss from the offense
3 years supervised release
$100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

DEFENDANT - U.S.
▶ LEO JOSHUA KENNEDY

DISTRICT COURT NUMBER
CR 12 00783 LHK

*(Filed OCT 31 2012, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE — PSG)*

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    JEFF SCHENK

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer  ☐ Yes  } If "Yes" give date filed _____
been filed?  ☐ No

DATE OF ARREST ▶ Month/Day/Year _____
Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance
Defendant Address:
c/o A.F.P.D. Diana Garrido

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 11/20/12 at 9:30 AM    Before Judge: Paul S. Grewal

Comments:

**E-FILING**

# United States District Court
# Northern District of California

## CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case. Please place this form on top of the Defendant Information Form.

**Case Name:** USA v. LEO JOSHUA KENNEDY

**Case Number:** CR 12 00783 LHK

**Total Number of Defendants:**
1 ✓        2-7 ____        8 or more ____

**Is This Case Under Seal?**
Yes ____    No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ____    No ✓

**Venue (Per Crim. L.R. 18-1):**
SF ____    OAK ____    SJ ✓

**Is this a death-penalty-eligible RICO Act gang case?**
Yes ____    No ✓

**Assigned AUSA (Lead Attorney):** JEFFREY B. SCHENK

**Comments:**

**Date Submitted:** October 31, 2012

December 2011

PRINT

**EXHIBIT B**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF WALNUT CREEK, COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 2 Map of Subdivision 4120 filed May 12, 1971, Map Book 137, pages 5, 6, 7 and 8, Contra Costa Records.

APN: 139-311-002