1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant KENNEDY
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10 | UNITED STATES OF AMERICA,      ) No. CR 12-00783 LHK
   |                                )
11 |            Plaintiff,           ) STIPULATION AND [PROPOSED]
   |                                ) ORDER CONTINUING HEARING DATE
12 | vs.                             ) AND EXCLUDING TIME UNDER THE
   |                                ) SPEEDY TRIAL ACT
13 | LEO JOSHUA KENNEDY,             )
   |                                )
14 |            Defendant.           )
   |                                )
15 |_____ )

16     The defendant, Leo Joshua Kennedy, represented by Assistant Federal Public Defender

17 Diana A. Garrido, and the government, represented by Assistant United States Attorney Jeffrey

18 B. Schenk, hereby stipulate that, with the Court's approval, the status conference currently set

19 for Wednesday, February 13, 2013 at 9:00 a.m., shall be continued to Wednesday, March 20,

20 2013 at 9:00 a.m.

21     The continuance is requested to provide both defense counsel and the government with

22 additional time to review discovery and to negotiate an appropriate resolution. The continuance

23 would provide both parties with the reasonable time necessary for effective preparation.

24 Accordingly, both parties respectfully request that the time between February 13, 2013 and

25 March 20, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

26 (B)(iv).

Stipulation and [Proposed] Order
CR 12-00783 LHK                           1

Dated: February 11, 2013

                        STEVEN G. KALAR
                        Federal Public Defender

                            /s/
                        DIANA A. GARRIDO
                        Assistant Federal Public Defender

Dated: February 11, 2013

                        MELINDA HAAG
                        United States Attorney

                            /s/
                        JEFFREY B. SCHENK
                        Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the time between February 13, 2013 and March 20, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:   2/12/13

_Lucy H. Koh_
THE HONORABLE LUCY H. KOH
United States District Judge