1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant KENNEDY
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | No. CR 12-00783 LHK |
| | ) | |
| 11         Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING DATE |
| 12 vs. | ) | AND EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| 13 LEO JOSHUA KENNEDY, | ) | |
| | ) | |
| 14         Defendant. | ) | |
| | ) | |
| 15 _____ | ) | |

16     The defendant, Leo Joshua Kennedy, represented by Assistant Federal Public Defender

17 Diana A. Garrido, and the government, represented by Assistant United States Attorney Jeffrey

18 B. Schenk, hereby stipulate that, with the Court's approval, the status conference currently set

19 for Wednesday, March 20, 2013 at 9:00 a.m., shall be continued to Wednesday, April 17, 2013 at

20 9:00 a.m.

21     The continuance is requested to provide both defense counsel and the government with

22 additional time to review discovery and to negotiate an appropriate resolution. The continuance

23 would provide both parties with the reasonable time necessary for effective preparation.

24 Accordingly, both parties respectfully request that the time between March 20, 2013 and April

25 17, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

26

Stipulation and [Proposed] Order
CR 12-00783 LHK                              1

1  Dated: March 18, 2013

2                                         STEVEN G. KALAR
                                          Federal Public Defender
3

4                                              /s/
                                          DIANA A. GARRIDO
5                                         Assistant Federal Public Defender

6
   Dated: March 18, 2013
7
                                          MELINDA HAAG
8                                         United States Attorney

9
                                               /s/
10                                        JEFFREY B. SCHENK
                                          Assistant United States Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [P~~roposed~~] Order
CR 12-00783 LHK                           2

1 **[PROPOSED] ORDER**

2  Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that
3 the status conference set for March 20, 2013 be continued to April 17, 2013. The Court
4 FURTHER ORDERS that the time between March 20, 2013 and April 17, 2013 is excluded under
5 the Speedy Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
6 and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel
7 reasonable time necessary for effective preparation, taking into account the exercise of due
8 diligence. Furthermore, the Court finds that the ends of justice served by granting the requested
9 continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court
10 therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A)
11 and (B)(iv).

13 IT IS SO ORDERED.

15 DATED: 3/18/13

_____
THE HONORABLE LUCY H. KOH
United States District Judge

Stipulation and [Proposed] Order
CR 12-00783 LHK                                3