1   MATTHEW J. JACOBS (SBN 171149)
       mjacobs@velaw.com
2   JESSICA S. MUSSALLEM (SBN 273806)
       jmussallem@velaw.com
3   VINSON & ELKINS LLP
    525 Market Street, Suite 2750
4   San Francisco, CA 94105
    Telephone:  (415) 979-6900
5   Facsimile:  (415) 651-8786

6   Attorneys for Defendant
    LEO JOSHUA KENNEDY

7

8

9

10

11

12                  IN THE UNITED STATES DISTRICT COURT

13               FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15

16   UNITED STATES OF AMERICA,            |   Case No. CR 12-mj-00783 LHK
17                        Plaintiff,      |   **STIPULATION CONTINUING THE
                                          |   FEBRUARY 19, 2014 STATUS
18            v.                          |   CONFERENCE AND [PROPOSED]
                                          |   ORDER**
19   LEO JOSHUA KENNEDY,                  |
20                        Defendant.      |
21                                        |
22                                        |

23        IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

24        Defendant Leo Joshua Kennedy, by and through his counsel of record, and the United States,

25   by and through its counsel of record, Assistant United States Attorney, Jeffrey B. Schenk, hereby file

26   this stipulation.  Counsel for defendant and counsel for the United States are working closely on plea

27   negotiations and are close to a resolution of this matter and request that the parties' next status

28

---

1   conference scheduled for February 19, 2014 at 9:30 a.m. be reset.  Therefore, the parties request the

2   status hearing be rescheduled for possible change of plea to April 2, 2014, at 9:30 a.m.

3          Counsel for Defendant requests that time be excluded under the Speedy Trial Act between

4   February 19, 2014 (the date through which time was previously excluded) and April 2, 2014, for

5   continuity of counsel and for necessary preparation.  The United States has no objection to excluding

6   time.

7          IT IS SO STIPULATED.

8

9   Dated: February 14, 2014                    Respectfully submitted,

10

11                                      By: ____/s/_____
                                             Matthew J. Jacobs
12                                           Attorney for Defendant
                                             Leo Joshua Kennedy
13

14

15                                      By: ____/s/_____
                                             Jeffrey B. Schenk
16                                           Attorney for Plaintiff
                                             United States of America
17

18                      **Civil Local Rule 5-1(i)(3)**

19          Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document

20   has been obtained from each of the other Signatories hereto.

21                                           /s/
                                        _____
22                                           Matthew J. Jacobs
                                             Attorney for Defendant
23                                           Leo Joshua Kennedy

24

25

26

27

28

---

**[PROPOSED] ORDER**

1
2      Based on the stipulation between Defendant Leo Joshua Kennedy and the United States, and

3 for good cause shown, IT IS HEREBY ORDERED that the February 19, 2014 status hearing for is

4 rescheduled to April 2, 2014 at 9:30 a.m.

5      Based upon the representation of counsel and for good cause shown, the Court finds that

6 failing to exclude the time between February 19, 2014 and April 2, 2014 would unreasonably deny

7 Defendant Leo Joshua Kennedy continuity of counsel and would deny his counsel the reasonable

8 time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

9 § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

10 between February 19, 2014 and April 2, 2014 from computation under the Speedy Trial Act

11 outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS

12 HEREBY ORDERED that the time between February 19, 2014 and April 2, 2014 shall be excluded

13 from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

14
15      **IT IS SO ORDERED.**

16
17 DATED: _____      _____

18                                          HON. LUCY H. KOH
                                          United States District Judge
19
20   *Denied. Plea negotiations is not a*
21   *basis for finding excludable time.*
22
23
24   *Date: 2/18/14*                        *Lucy H. Koh*
25                                          _____
26                                              *U.S. District Judge*

US 2292464v.1

27
28