MATTHEW J. JACOBS (SBN 171149)
 mjacobs@velaw.com
JESSICA S. MUSSALLEM (SBN 273806)
 jmussallem@velaw.com
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 979-6900
Facsimile: (415) 651-8786

Attorneys for Defendant
LEO JOSHUA KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 12-mj-00783 LHK |
|---|---|
| Plaintiff, | **STIPULATION CONTINUING THE FEBRUARY 19, 2014 STATUS CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| LEO JOSHUA KENNEDY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Defendant Leo Joshua Kennedy, by and through his counsel of record, and the United States, by and through its counsel of record, Assistant United States Attorney, Jeffrey B. Schenk, hereby file this stipulation. Counsel for defendant and counsel for the United States are working closely on plea negotiations and are close to a resolution of this matter and request that the parties' next status

1 conference scheduled for February 19, 2014 at 9:30 a.m. be reset.  Therefore, the parties request the
2 status hearing be rescheduled for possible change of plea to April 2, 2014, at 9:30 a.m.
3       Counsel for Defendant requests that time be excluded under the Speedy Trial Act between
4 February 19, 2014 (the date through which time was previously excluded) and April 2, 2014, for
5 continuity of counsel and for necessary preparation.  The United States has no objection to excluding
6 time.
7       IT IS SO STIPULATED.

9 Dated: February 14, 2014                                       Respectfully submitted,

11                                                              By: ___/s/_____
12                                                                    Matthew J. Jacobs
                                                                    Attorney for Defendant
13                                                                     Leo Joshua Kennedy

15                                                               By: ___/s/_____
                                                                    Jeffrey B. Schenk
16                                                                     Attorney for Plaintiff
                                                                    United States of America

18 <u>**Civil Local Rule 5-1(i)(3)**</u>

19       Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document
20 has been obtained from each of the other Signatories hereto.

21                                                                       ___/s/_____
22                                                                       Matthew J. Jacobs
                                                                      Attorney for Defendant
23                                                                     Leo Joshua Kennedy

28

---

STIPULATION CONTINUING THE FEBRUARY 19, 2014
STATUS CONFERENCE AND [PROPOSED] ORDER     2                 CASE NO. CR 12-MJ-00783 LHK

## [PROPOSED] ORDER

Based on the stipulation between Defendant Leo Joshua Kennedy and the United States, and for good cause shown, IT IS HEREBY ORDERED that the February 19, 2014 status hearing for is rescheduled to April 2, 2014 at 9:30 a.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between February 19, 2014 and April 2, 2014 would unreasonably deny Defendant Leo Joshua Kennedy continuity of counsel and would deny his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 19, 2014 and April 2, 2014 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between February 19, 2014 and April 2, 2014 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

DATED: _____

HON. LUCY H. KOH
United States District Judge

*Denied. Plea negotiations is not a basis for finding excludable time.*

Date: 2/18/14

/s/ Lucy H. Koh
U.S. District Judge

US 2292464v.1