1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division
   JEFFREY SCHENK (CABN 234355)
4  STEPHANIE M HINDS (CABN 154284)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-2695
7      FAX: (408) 535-5061
       Jeffrey.schenk@usdoj.gov
8      Stephanie.hinds@usdoj.gov

9  Attorneys for United States of America

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,           )  CR 12-00783 LHK
                                        )
15                Plaintiff,            )  [P~~ROPOSED~~] PRELIMINARY ORDER OF
                                        )  FORFEITURE
16       v.                             )
                                        )
17  LEO JOSHUA KENNEDY,                 )
                                        )
18                Defendant.            )
                                        )
19

20       Having considered the Application for Issuance of a Preliminary Order of Forfeiture filed by the

21  United States and the defendant's guilty plea on April 2, 2014, wherein he pled guilty to the forfeiture

22  allegation, and good cause appearing,

23       IT IS HEREBY ORDERED that the following property is forfeited to the United States:

24       (a) A sum of money equal to the amount of proceeds obtained as a result of the offense;

25       (b) The residence located at 36207 SE Saint Andrews Lane, Snoqualmie, WA 98065;

26       (c) The residence located at 936 Natchez Court, Walnut Creek, CA 94598; and

27       (a) The property located at 4091 Via Montagna Street, Las Vegas, NV 89129.

28  ///

1    IT IS FURTHER ORDERED that the United States, through the appropriate agency, shall seize
2 the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least
3 thirty days, notice of this Order, notice of the government's intent to dispose of the property in such
4 manner as the Attorney General may direct and provide notice that any person, other than the defendant,
5 having or claiming a legal interest in the subject property must file a petition with the Court and serve a
6 copy on government counsel within thirty (30) days of the final publication of notice or of receipt of
7 actual notice, whichever is earlier.

8    IT IS FURTHER ORDERED that the government shall conduct discovery in order to identify,
9 locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal
10 Rules of Criminal Procedure; and

11    IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary
12 Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure
13 32.2(e).

14 Dated:    7/16/14

*Lucy H. Koh*

LUCY H. KOH
United States District Judge