1  FORREST BOOTH (State Bar No. 74166)
   fb@severson.com
2  PHILIP BARILOVITS (State Bar No. 199944)
   pb@severson.com
3  BRIAN S. WHITTEMORE (State Bar No. 241631)
   bsw@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Third Party Petitioner
8  WASHINGTON LAHR FAMILY HOLDINGS,
   LLC

FILED

AUG 13 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 12-00783 LHK |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING THIRD PARTY PETITIONER'S EX PARTE ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR |
| vs. | |
| LEO JOSHUA KENNEDY, | [Crim. L. R. 47-3] |
| Defendant. | The Hon. Lucy H. Koh<br>Courtroom 8<br>4th Floor |
| WASHINGTON LAHR FAMILY HOLDINGS, LLC, | |
| Third Party Petitioner. | |

12504.0001/3380302.1

THIRD PARTY PETITIONER'S MOTION FOR
LEAVE TO APPEAR

1  The Ex Parte Administrative Motion for Leave to Appear of Third Party Petitioner
2  WASHINGTON LAHR FAMILY HOLDINGS, LLC ("WLFH") ~~came on regularly for hearing in~~
3  ~~Courtroom 8 of this Court on_____, 2014.~~ was filed on August 7, 2014. ECF No. 39.
4  Having reviewed and considered the written submissions of the parties ~~and the arguments~~
5  ~~of counsel at the hearing~~, and good cause appearing,
6  **IT IS HEREBY ORDERED THAT** for the reasons set forth in WLFH's ex parte
7  application and supporting documents, WLFH's Motion for Leave to Appear is granted.
8  **IT IS SO ORDERED.**
9  DATED: Aug. 12, 2014

*Lucy H. Koh*
United States District Court, Hon. Lucy H. Koh