1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  JEFFREY SCHENK (CABN 234355)
   DAVID COUNTRYMAN (CABN 226995)
5  Assistant United States Attorney

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-2695
       FAX: (408) 535-5061
8      jeffrey.b.schenk@usdoj.gov

9  Attorneys for United States of America

FILED

AUG 13 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR 12-00783 LHK |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE TIME TO FILE THIRD-PARTY FORFEITURE PETITION |
| v. | ) |
| LEO JOSHUA KENNEDY, | ) |
| Defendant. | ) |

///
///
///
///
///
///
///
///
///

STIPULATION AND PROPOSED ORDER
12-00783 LHK

On August 11, 2014, potential petitioner Washington Lahr Family Holdings, LLC ("WHLF") requested an extension to file a petition pursuant to 21 U.S.C. § 853(n) in order to assert a legal interest in 36207 S.E. Saint Andrews Lane, Snoqualmie, WA 98065 (the "Snoqualmie Property") until September 19, 2014. The United States does not oppose such extension and hereby stipulates to extend the deadline until September 19, 2014 for WHLF to file a petition to assert a legal interest in the Snoqualmie Property.

Dated: 8-11-14

J. THOMAS RICHARDSON
Attorney for Potential Petitioner
Washington Lahr Family Holdings, LLC

Dated: 8/11/14

DAVID B. COUNTRYMAN
Assistant United States Attorney

[PROPOSED] ORDER

UPON CONSIDERATION of the parties' request, the entire record, and for good cause shown, it is by the Court on this 12th day of August, 2014, ORDERED that the deadline for Washington Lahr Family Holdings, LLC to file a petition pursuant to 21 U.S.C. § 853(n) to assert a third-party interest in 36207 S.E. Saint Andrews Lane, Snoqualmie, WA 98065 in the instant case be, and hereby is, CONTINUED until September 19, 2014.

Dated: 8/12/14

HONORABLE LUCY H. KOH
United States District Judge

STIPULATION AND PROPOSED ORDER
12-00783 LHK