UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 12-0783 LHK |
| Plaintiff, | ) [~~PROPOSED~~] **FINAL ORDER OF** |
| v. | ) **FORFEITURE RE REAL PROPERTY** |
|  | ) **LOCATED AT 4091 MONTAGNA STREET,** |
|  | ) **LAS VEGAS, NEVADA** |
| LEO JOSHUA KENNEDY, | ) |
| Defendant. | ) |

Upon consideration of the Stipulation re Petitioner's Interest in Property located at 4091 Via Montagna Street, Las Vegas, Nevada (hereinafter "Stipulation") filed concurrently herewith, all other pleadings filed herein, and good cause appearing, the Court hereby accepts the Stipulation and makes the following factual findings:

1. Defendant Leo Kennedy has been convicted of mail fraud, in violation of Title 18, United States Code, Section 1343, in this action. As part of his sentence, Defendant Kennedy is to forfeit his interest in property located at 4091 Via Montagna Street, Las Vegas, Nevada ('subject property").

///

///

[~~PROPOSED~~] FINAL ORDER OF FORFEITURE
CR 12-0783 LHK                                                    1

2. Defendant Leo Kennedy holds a Note in the amount of $157,000 against the subject property. Kennedy's interest in the subject property is evidenced by the Deed of Trust between Lone Mountain Ranch Estates, LLC. and Rosehill Consulting Group, Inc. (defendant's company) recorded in the Clark County Recorders office on or about June 22, 2011. This Note reflects defendant Kennedy's sole interest in the subject property.

3. TAKA Investments, Inc., a Nevada Corporation, is the current owner of record for the subject property. Petitioner, Anthony Lang, is the sole shareholder of TAKA Investments, Inc.. TAKA Investments, Inc.'s ownership in the subject property is evidenced by a Sale and Purchase Agreement dated July 3, 2013, between TAKA Investments, Inc. (petitioner's holding company) and Lone Mountain Ranch Estates, LLC.

4. Petitioner has a valid claim to the subject property under Title 21, United States Code, Section 853(n)(6).

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Note which evidences Defendant Kennedy's interest in the subject property is forfeited and condemned to the United States.

2. Upon entry of this Order of Forfeiture, Petitioner will pay the United States $157,000, which represents the amount due under the Note.

3. Said payment shall be in the form of a cashiers check made payable to the United States Marshal Service and mailed to United States Attorney Stephanie M. Hinds at the United States Attorney's Office, 450 Golden Gate Avenue, 11th Floor, San Francisco, California 94102.

4. Said payment to the United States shall be in full settlement and satisfaction of any and all claims by Petitioner to the subject property.

5. After receipt of said payment, the United States shall to execute all documents necessary to convey clear title of the subject property to Petitioner.

6. Petitioner shall hold harmless the United States, and any agents, servants, and employees if the United States (or any state and local law enforcement agency) acting in their individual or official capacities, for all acts directly or indirectly related to this forfeiture action.

///

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 12-0783 LHK                    2

1    7.   Each party bears its own attorney fees.

IT IS FURTHER ORDERED that, this Court to retain jurisdiction to enforce the Stipulation and Final Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS FURTHER ORDERD that all right, title and interest in the forfeited property is hereby vested in the United States of America.  The United States shall dispose of the forfeited property according to law.

IT IS SO ORDERED this   26th   day of   August   2014.


_____
LUCY H. KOH
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 12-0783 LHK                                        3