1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CABN 154284)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6816
7       FAX: (415) 436-6748
        Email:  stephanie.hinds@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,          )   CR 12-00783 LHK
14                                     )
          Plaintiff,                   )   STIPULATION AND ~~PROPOSED~~ FINAL
15                                     )   ORDER OF FORFEITURE RE 936 NATCHEZ
       v.                              )   COURT, WALNUT CREEK
16                                     )
   LEO JOSHUA KENNEDY,                 )
17                                     )
          Defendant.                   )
18                                     )

19  _____

20

21        1. This Agreement is by and between the United States of America (hereinafter "Plaintiff") and

22  Gregory and Erin McGregor (hereinafter "Petitioners") in order to resolve Petitioners' claim to the

23  property located at 936 Natchez Court, Walnut Creek, California (hereinafter "subject property").

24        2. In full and final settlement of all claims and disputes related to the subject property in

25  connection to the ancillary proceeding in the above-captioned matter, the Parties hereby stipulate and

26  agree as follows:

27

28

   STIPULATION AND FINAL ORDER OF FORFEITURE
   CR 12-00783 LHK                          1

a. The United States asserts that the subject property is forfeitable to the United States pursuant to 18 USC § 981(a)(1)(C) as property traceable to fraud proceeds resulting from the criminal conviction of defendant Leo Kennedy for mail and wire fraud;

b. In order to avoid further litigation, and in lieu of forfeiting the subject property, Petitioners agree to pay and consent to the forfeiture of $50,000 to be paid to the United States at the close of escrow.

c. The payment as set forth above shall be wired to the United States c/o the United States Marshals Service.

d. Payment to Plaintiff, as set forth above, shall be in full settlement and satisfaction of any and all claims by Plaintiff to the subject property.

e. Plaintiff shall provide the escrow agent with a notice of release of the *lis pendens* against the subject property, which shall take effect at the close of escrow.

f. Petitioners agree to hold harmless the United States, its agencies, agents, employees and representatives (or any state and local law enforcement officer agency and officers) acting in the individual or official capacities, for all acts directly related to this forfeiture action.

//

//

STIPULATION AND FINAL ORDER OF FORFEITURE
CR 12-00783 LHK                                        2

g.  The Court has continuing jurisdiction of this matter to enforce this Agreement.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

_____
STEPHANIE M. HINDS
Assistant U.S. Attorney
Attorneys for the United States

_____
BRENDA GRANTLAND
Attorney for Gregory and Erin McGregor

_____
GREGORY McGREGOR
Petitioner

_____
ERIN McGREGOR
Petitioner

### [PROPOSED] ORDER

**IT IS SO ORDERED.**

DATED:  ___August 6___  __, 2015

_____
HONORABLE LUCY H. KOH
United States District Judge

STIPULATION AND FINAL ORDER OF FORFEITURE
CR 12-00783 LHK                                    3